UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB DANIEL WOLF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-0206 KJM DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, previously filed a motion to amend his prayer for relief. Plaintiff has now filed a request to withdraw that motion. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to amend (ECF No. 18) is DENIED as moot.

Dated: October 27, 2020

/DLB7;
DB/Inbox/Routine/wolf0206.misc

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1