UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB DANIEL WOLF,<br><br>          Plaintiff,<br><br>     v.<br><br>RALPH DIAZ, et al.,<br><br>          Defendants. | No. 2:20-cv-0206 KJM DB P<br><br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se in this action. Pending before the Court is an "ex parte motion to enroll as counsel," filed by William Most, Esq. (ECF No. 30.) In this "motion," Mr. Most seeks to be enrolled as counsel for plaintiff. Plaintiff, however, has not signed this motion. There is thus no indication that he approves this substitution.

Accordingly, IT IS HEREBY ORDERED that:

1. The Ex Parte Motion to Enroll as Counsel (ECF No. 30) is denied without prejudice to its renewal; and

////

////

////

1

2. The Clerk of Court shall serve a copy of this order on William Most via email at

    williammost@gmail.com and mail a physical copy to:

    William Most
    Most & Associates
    201 St. Charles Ave., Ste. 114, #101
    New Orleans, LA 70170

Dated: March 22, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/wolf0206.sub atty