UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB DANIEL WOLF,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-0206 KJM DB P<br><br><br>ORDER |

　　　　Plaintiff is a former state prisoner proceeding pro se in this action. This case is currently set for settlement conference on April 12, 2021 with Magistrate Judge Carolyn K. Delaney. Before the court is a request signed by plaintiff and William Most, Esq., requesting that Mr. Most be substituted in as his attorney of record. (ECF No. 32.) On review, IT IS HEREBY ORDERED the request is granted and the substitution of attorney is approved.

Dated:  March 30, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7;
DB/Orders/Prisoner.Civil Rights/wolf0206.sub atty

1