

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

Jacob Daniel Wolf

                    Plaintiff(s),

v.

Ralph Diaz, et al.

                    Defendant(s).

Case No. 2:20-cv-0206 KJM DB P

I, Oren Nimni, _____

attorney for Jacob Wolf, _____

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Rights Behind Bars |
| Address: | 416 Florida Avenue NW, #26152 |
| City: | Washington |
| State: | D.C.       ZIP Code: 20001 |
| Voice Phone: | (206) 200-9088 |
| FAX Phone: | (202) 217-3879 |
| Internet E-mail: | oren@rightsbehindbars.org |
| Additional E-mail: | |
| I reside in City: | Somerville       State: MA |

I was admitted to practice in the  Massachusetts Courts

on    11/24/2014            . I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I  have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:      William Most

Firm Name:   Most & Associates

Address:    201 St. Charles Ave., Ste. 114, # 101

City:       New Orleans

State:      LA         ZIP Code: 70170

Voice Phone:  (504) 509-5023

FAX Phone:   (        )

E-mail:     williammost@gmail.com

Dated: 3/31/2021            Petitioner: /s/ Oren Nimni

**ORDER**

Good cause appearing, the petition for admission to practice Pro Hac Vice is Granted.

IT IS SO ORDERED.

Dated:  April 5, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB7
DB/Orders/Prisoner.Civil Rights.Wolf.0206.prohacvice.Nimni