

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

Jacob Daniel Wolf

                               Plaintiff(s),

                                              Case No. 2:20-cv-0206 KJM DB P

v.

Ralph Diaz, et al.

                         Defendant(s).


        I,  Kelly Jo Popkin,_____

attorney for   Jacob Wolf,_____

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

        My business address is:

Firm Name:        Rights Behind Bars_____

Address:          416 Florida Avenue NW, #26152
                  _____

City:             Washington_____

State:             D.C._____   ZIP Code: 20001_____

Voice Phone:       ( 917)  648-0838_____

FAX Phone:         (202) 217-3879_____

Internet E-mail:   kellyjo@rightsbehindbars.org_____

Additional E-mail: _____

I reside in City:   Brooklyn_____   State:  NY_____

I was admitted to practice in the _Supreme Court of NY, Second Judicial Department_ (court)

on ___June 12, 2019_____(date).  I am presently in good standing and

eligible to practice in said court.  A certificate of good standing from the court in my state of

primary practice is attached to this application. I am not currently suspended or disbarred in

any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made

a pro hac vice application to this court.  (If you have made a pro hac vice application to this

court within the last year, list the name and case number of each matter in which an

application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for

ECF with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case and upon whom electronic notice shall also be served via the court's ECF

system:

Name:          William Most

Firm Name:   Most & Associates
_____

Address:      201 St. Charles Ave., Ste. 114, # 101
_____

City:           New Orleans
_____

State:          __LA_____   ZIP Code: 70170_____

Voice Phone:  (504) 509-5023

FAX Phone:   (_____)_____

E-mail:        williammost@gmail.com_____


Dated: 3/31/2021_____        Petitioner: /s/ Kelly Jo Popkin

**ORDER**

Good cause appearing, the petition for admission to practice Pro Hac Vice is Granted.

IT IS SO ORDERED.

Dated:  April 5, 2021

_____

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB7
DB/Orders/Prisoner.Civil Rights.Wolf.0206.prohacvice.Popkin