UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB DANIEL WOLF,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-0206 KJM DB P<br><br><br>ORDER |

    Plaintiff is a former state prisoner proceeding through counsel in this action. This case is currently set for a Post-Screening Alternate Dispute Resolution Project Settlement Conference on April 12, 2021, with Magistrate Judge Carolyn K. Delaney. Before the court is plaintiff's unopposed motion to continue the settlement conference to May 6, 2021.

    Good cause shown, IT IS HEREBY ORDERED the motion to continue is granted and the April 12, 2021 settlement conference is continued to May 6, 2021 at 9:30 a.m., to take place before Magistrate Judge Carolyn K. Delaney.

    The manner of the settlement conference is to be determined at a later date. Parties are instructed to have a principal with full settlement authority present at the conference or to be fully authorized to settle the matter on any terms. The individual with full authority to settle must also have "unfettered discretion and authority" to change the settlement position of the party, if appropriate. The purpose behind requiring the attendance of a person with full settlement

1

authority is that the parties' view of the case may be altered during the face to face conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle. The parties are directed to submit their confidential settement conference statements to the Court using the following email address: ckdorders@caed.uscourts.gov. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e). Statements are due at least 7 days prior to the Settlement Conference. Upon submission of confidential settlement statements, each party shall file on the docket a "Notice of Submission of Settlement Conference Statement."

Dated:  April 7, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7;
DB/Orders/Prisoner.Civil Rights/wolf0206.continueADR