UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB DANIEL WOLF, | No. 2:20-cv-0206 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| RALPH DIAZ, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner currently proceeding through counsel in this civil rights action brought under 42 U.S.C. § 1983. This case proceeds against Warden Suzanne Perry for allegedly violating plaintiff's rights under the Americans with Disabilities Act.

This case was originally set for a settlement conference on April 12, 2021 before Magistrate Judge Carolyn K. Delaney. On March 31, 2021, attorney William Most entered an appearance as plaintiff's attorney of record. On April 1, 2021, plaintiff, through counsel, filed an uncontested motion to continue the settlement conference. The settlement conference was continued to May 6, 2021. On April 6, 2021, the court approved petitions for admission to practice Pro Hac Vice by attorneys Kelly Jo Popkin and Oren N. Nimni. On May 3, 2021, plaintiff filed a motion to continue the May 6, 2021 settlement conference and a motion to withdraw as counsel pertaining to all three counsel of record for plaintiff. Defendant has filed a statement of non-objection to the continuance.

1

The court has reviewed the motion to withdraw as counsel. Pursuant to Local Rule 182(d), the court may grant leave to withdraw subject to such appropriate conditions as the court deems fit. In order to grant leave to withdraw as counsel on this occasion, the court will require a document signed by plaintiff in which (1) plaintiff states he not dispute the withdrawal and understands he will be proceeding pro se after the withdrawal; (2) plaintiff confirms his current address; and (3) plaintiff indicates whether or not, pertaining to his continued settlement conference date, he has access to video-conferencing through the Zoom application, which generally requires a smart phone or computer with microphone and camera capabilities.

For the foregoing reasons, IT IS ORDERED:

1. The motion to continue the settlement conference currently scheduled for May 6, 2021 (ECF No. 43) is granted; the settlement conference is continued to July 6, 2021, at 9:30 a.m. The settlement conference will be conducted remotely, in a manner to be determined.

2. The motion to withdraw as counsel (ECF No. 44) will be further addressed in a subsequent order; in order to obtain leave of court to withdraw on this occasion, plaintiff's counsel must file, within 14 days of the date of this order, a document signed by plaintiff stating (1) he not dispute the withdrawal and understands he will be proceeding pro se after the withdrawal; (2) confirming plaintiff's current address; and (3) indicating whether or not, for plaintiff's future settlement conference date, he has access to video-conferencing through the Zoom application which generally requires a smart phone or computer with both microphone and camera capabilities.

Dated: May 4, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
wolf0206.continueADR2