UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB DANIEL WOLF,<br><br>  Plaintiff,<br><br>  v.<br><br>RALPH DIAZ, et al.,<br><br>  Defendants. | No. 2:20-cv-0206 KJM DB P<br><br><br>ORDER |

Plaintiff is a former state prisoner currently proceeding through counsel in this civil rights action brought under 42 U.S.C. § 1983. On May 19, 2021, plaintiff's counsel filed a contested motion to withdraw as counsel. (ECF No. 47.) Counsel have provided a declaration stating their efforts to notify their client of the motion to withdraw as required by Local Rule 182(d). however, there is no indication whether counsel served the motion on plaintiff. In light of the contested nature of the motion, the court finds it would be appropriate for counsel to serve the motion on plaintiff, if they have not, and file the proof of service by mail. IT IS SO ORDERED.

Dated: May 27, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
wolf0206.pos

1