UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB DANIEL WOLF,<br><br>   Plaintiff,<br><br>   v.<br><br>RALPH DIAZ, et al.,<br><br>   Defendants. | No. 2:20-cv-0206 KJM DB P<br><br><br>ORDER |

Plaintiff, a former state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's current counsel of record- William Brock Most, Kelly Jo Popkin, and Oren N. Nimni- have filed an unopposed motion for leave to withdraw as counsel and to substitute plaintiff in pro per. Pursuant to Local Rule 182(d), the court grants the motion.

This case is set for a settlement conference on July 6, 2021 before Magistrate Judge Carolyn K. Delaney. The court seeks information from plaintiff regarding the best way to conduct the settlement conference. Holding the settlement conference by video-conference is the preferred method. If video-conferencing capability is not available to all parties, then the settlement conference will be held by telephone.

For the foregoing reasons, IT IS ORDERED:

1. The motion for leave to withdraw as counsel by William Brock Most, Kelly Jo Popkin, and Oren N. Nimni (ECF No. 44) is granted; plaintiff is substituted and will again represent himself in pro per. Plaintiff's address for service by mail is 1637 Cayton Ave., Simi Valley, CA. 93065.

1

2. Within seven days of service of this order, plaintiff shall notify the court whether or not he has access to the Zoom application, which generally requires a computer or "smart" phone with microphone and camera. Plaintiff may provide this information by filing a document in this case or by calling the chambers of Judge Delaney at (916) 930-4090 and leaving a voicemail message with plaintiff's name, the case number and the requested information. If plaintiff has Zoom access, then he shall provide an email address where he could receive the settlement conference Zoom connection invitation. After receiving this information, the court will provide the parties with further information about connecting to the settlement conference.

3. At the July 6, 2021 settlement conference, each party must have a principle with full and unlimited authority to negotiate and enter into a binding settlement participate. Those participating must be prepared to discuss the claims, defenses, and damages. The failure of any counsel, party, or authorized person subject to this order to participate in the settlement conference may result in the imposition of sanctions.

4. Each party, if that party has not already done so, shall provide a confidential settlement statement and any documents which have not already been filed with the court and which may be relevant to resolution of this case, to chambers, no later than June 29, 2021, via e-mail to "ckdorders@caed.uscourts.gov." If plaintiff is unable to access the internet, he shall send his statement to the court by U.S. mail so that it arrives no later than June 29, 2021. The mail shall be sent to Magistrate Judge Delaney, United States District Court, 501 I Street, Sacramento, CA 95814, and indicate on the envelope and on the face of the statement that it is a confidential communication to Magistrate Judge Delaney. Such statements shall not be filed with the Clerk or served on the opposing party. However, each party shall notify the other party that the statement has been submitted to the judge's chambers.

Dated: June 16, 2021

DLB7
wolf0206.withdraw.ADR

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE